IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:

WILLIAM MCKINLEY JOYNER, II

Case No.:  09-70842-SCS
Chapter 13

        Debtor.

### ORDER DISMISSING CASE DUE TO FAILURE TO COMPLY

        Upon the Consent Order entered October 16, 2009, settling the Trustee's Motion to Dismiss for Failure to Make Payments, the Debtor having failed to comply;

        It is **ORDERED** that the Trustee's Motion to Dismiss Case is **GRANTED**, and upon entry of this order, the case shall be **DISMISSED**.

        It is **FURTHER ORDERED** that upon entry of this Order, the Clerk shall forward copies to those parties named on the attached copy list.

        Enter at Norfolk this _____ day of _____, 2010.


_____
JUDGE


Notice of entry of Order or Judgment _____


R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
870 Greenbrier Cirle, Suite 200
Chesapeake, VA 23320
(757) 333-4000

I ASK FOR THIS:

/s/ R. Clinton Stackhouse, Jr.
_____
Chapter 13 Trustee


## CERTIFICATE OF SERVICE

I hereby certify that on the    28th    day of    January   , 2010 , I will electronically file the foregoing Motion to Dismiss with the Clerk using the CM/ECF system, which will then send electronic notification of such filing to Matthew R. Hahne, Esq., counsel for the Debtor at Boleman Law Firm, P.C. P O Box 11588  Richmond, VA  23230-1588,  and that a true copy was mailed, first class, postage prepaid to the the Debtor, William McKinley Joyner, PO Box 50001, Portsmouth, VA 23703.

/s/ R. Clinton Stackhouse, Jr.
_____

Copy List:

Matthew R. Hahne
Boleman Law Firm, P.C.
P O Box 11588
Richmond, VA  23230-1588

William Mckinley Joyner
Po Box 50001
Portsmouth, VA  23703